```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE J03-0014--CR (JWS)
                    "USA V TIMOTHY G. DIEHL"
                    DEF 1.1 DIEHL, TIMOTHY G.
```

In public format, including terminated defendants, excluding terminated counsel

```
     Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge: The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
               Filed: 10/07/03
              Closed: 01/15/04
  No. of Defendants: 1
     MJ Case Number: J03-0024--MJ
                 AKA:
    Location status: U.S. Custody
         Trial date:
         Terminated: YES
   Needs interpreter: NO
   Counsel of record: Sue Ellen Tatter
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record: Joseph W. Bottini
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


Counts re: DEF 1.1 DIEHL, TIMOTHY G.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:1343 and 2 FRAUD BY WIRE, RADIO, OR TELEVISION: WIRE FRAUD (F) | Sentenced (10-1) |
| 1 - 1 IND | 2 | 18:1343 and 2 FRAUD BY WIRE, RADIO, OR TELEVISION: WIRE FRAUD (F) | Sentenced (10-1) |
| 1 - 1 IND | 3 | 18:1343 and 2 FRAUD BY WIRE, RADIO, OR TELEVISION: WIRE FRAUD (F) | Sentenced (10-1) |
| 1 - 1 IND | 4 | 18:1343 and 2 FRAUD BY WIRE, RADIO, OR TELEVISION: WIRE FRAUD (F) | Sentenced (10-1) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
    CRIMINAL DOCKET ENTRIES FOR CASE J03-0014--CR (JWS)
                   "USA V TIMOTHY G. DIEHL"

              In public format, for all filing dates
```

```
   Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge: The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
             Filed: 10/07/03
            Closed: 01/15/04
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 10/07/03 | [Re: DEF 1] PLF 1 Consent to Transfer/Rule 20 w/att transferred documents. |
| 2 - 1 | 10/14/03 | [Re: DEF 1] JWS Minute Order setting the entry of plea hrg on 10/23/03 at 1:30 p.m. at Juneau, Alaska. cc: USA, FPD, USM, USPO, MJ Pallenberg, ECR, Divisional Deputy |
| 3 - 1 | 10/20/03 | DEF 1 Unopposed motion on shortened time to permit Magistrate Judge to hold Rule 11 hearing on 10/23/03 w/att aff. |
| 4 - 1 | 10/21/03 | [Re: DEF 1] JWS Order granting unoppo mot on shortened time to permit Magistrate Judge to hold Rule 11 hrg (3-1); 10/23/03 entry of plea hrg before Judge Sedwick will now be before MJ Pallenberg; def written or oral consent on the record should be secured. cc: USA, FPD, USM, USPO, MJ Pallenberg, ECR, Divisional Deputy |
| 5 - 1 | 10/24/03 | [Re: DEF 1] PMP Report and recommendation re acceptance of guilty plea. cc: USA, FPD, USM, USPO, Judge |
| 6 - 1 | 10/29/03 | [Re: DEF 1] PMP Court Minutes [ECR Gala Nelson] re EOP hld 10/23/03; def pled guilty; def's det continued; IOS to be set before USDJ. cc: USA, FPD, USM, USPO, Judge Sedwick |
| 7 - 1 | 11/06/03 | [Re: DEF 1] JWS Minute Order agreeing w/R&R; plea of guilty to 4 ct Indt accepted; def referred to prob svc; IOS set 1/15/04 at 9:00 a.m. at Anchorage. cc: USA, FPD, USM, USPO, MJ Pallenberg |
| 8 - 1 | 01/07/04 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 9 - 1 | 01/08/04 | DEF 1 Sentencing Memorandum. |
| 10 - 1 | 01/15/04 | [Re: DEF 1] JWS Judgment pleaded guilty to cts 1,2,3,4 of the Indt (1-1); def sentenced to 6 mos in prison on each ct w/each term to run concur; 36 mos SR on each ct w/each term to run concur; $400.00 SA; $25,117.47 in restitution to Saco School District and Zurich North America. cc: USA, FPD, USM, USPO, MJ Pallenberg, Finance, FLU, Def w/cnsls cy |
| 11 - 1 | 01/16/04 | [Re: DEF 1] JWS Court Minutes [ECR: Caroline Edmiston] re: IOS held 1/15/04; def sentenced to 6 mos on each of cts 1-4 w/terms to run concurrent; 36 mos SR on each of cts 1-4 w/terms to run concurrent; $400.00 SA; $25,117.47 in restitution due to Saco School District and Zurich North America; def remanded to USM; mot for downward departure denied. |
| 12 - 1 | 02/18/04 | [Re: DEF 1] Partial Transcript re: IOS held 1/10/04. |
| 13 - 1 | 03/30/04 | USM Return of judg on DEF 1; def delivered to FDC SeaTac on 1/22/04. |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE J03-0014--CR (JWS)
                           "USA V TIMOTHY G. DIEHL"

                      In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 04/01/04 | DEF 1 motion to waive interest on judgment nunc pro tunc to 1/15/04 w/att aff. |
| 15 - 1 | 04/23/04 | [Re: DEF 1] JWS Order granting mot to waive interest on judg nunc pro tunc to 1/15/04 (14-1). cc: USA, FPD, USPO, FINANCE, FLU |
| 16 - 1 | 07/22/05 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 1 | 07/26/05 | Issued: writ of execution re: DEF 1 on PFD. |